**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

In Re:

Jesus Y. Medina,

    Debtor,

_____/

Case No: 23-14828

Chapter 13

**SUPPLEMENTAL STATEMENT OF FEES UNDER FRBP RULE 2016 (B)**

    Pursuant to 11 U.S.C Section 329 and FRBP Bankruptcy Rule 2016 (b), Jorge L. Suarez, P.A., attorney for the Debtor(s), states as follows:

    1. Supplemental compensation paid or promised for services rendered or to be rendered in connection with this case is as follows: $750.00 to be paid for services rendered in connection with the Motion to Reinstate Chapter 13 Case.

    2. The source of the compensation paid was funds of the debtors and the source of the compensation promised to be paid is the debtors.

    3. I have not shared or agreed to share such compensation with any other person.

Dated: July 31, 2025

Respectfully Submitted,

Jorge L. Suarez, P.A.
Attorneys for the Debtors
225 Alcazar Ave.
Coral Gables, FL 33134
Tel: (305) 445-2944

By: _____/S/_____
        Jorge L. Suarez

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true copy of the foregoing was served on all parties on attached list, this 31st day of July, 2025.

_____/S/_____
Jorge L. Suarez

Nancy Neidich, Trustee ECF Registered
Jesus Y. Medina Debtor